■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED VAN GORDER, Appellant. [722 NYS2d 844] —Judgment unanimously affirmed. Memorandum: On appeal from a judgment convicting him upon a jury verdict of attempted rape in the first degree (Penal Law §§ 110.00, 130.35) and endangering the welfare of a child (Penal Law § 260.10 [1]), defendant contends that the verdict is against the weight of the evidence. We disagree. At trial, the People presented the testimony of the victim and a witness concerning the attempted rape of the victim, and an expert explained the victim's three-year delay in reporting the crime. It cannot be said that the jury failed to give the evidence the weight it should be accorded (*see, People v Bleakley*, 69 NY2d 490, 495). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Monroe County Court, Marks, J.—Attempted Rape, 1st Degree.) Present— Pigott, Jr., P. J., Green, Kehoe, Burns and Lawton, JJ.